Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18−34627−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Isma I. Kielty
   110 Betsy Ross Drive
   Freehold, NJ 07728

Social Security No.:
   xxx−xx−0526

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:        2/20/19
Time:       10:00 AM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 18, 2019
JAN: amg

                           Jeanne Naughton
                           Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 18-34627-CMG
Isma I. Kielty                                                                                      Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 1                Date Rcvd: Jan 18, 2019
                              Form ID: 132               Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2019.
```
db              +Isma I. Kielty,    110 Betsy Ross Drive,    Freehold, NJ 07728-4225
517963748      ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
                 (address filed with court: Chrysler Financial,    Po Box 2993,    Milwaukee, WI 53201)
517924134       +Milstead & Associates, LLC,    220 Lake Drive East, Suite 301,    Cherry Hill, NJ 08002-1165
517963746        Timothy Kielty,    Freehold, NJ 07728
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 19 2019 00:03:09      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 19 2019 00:03:07      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517963747       +E-mail/Text: ally@ebn.phinsolutions.com Jan 19 2019 00:02:22      Ally Financial,
                 Po Box 380901,    Minneapolis, MN 55438-0901
517924133       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 19 2019 00:03:33
                 Bayview Loan Servicing LLC,    4425 Ponce De Leon Blvd,    Miami, FL 33146-1837
                                                                                              TOTAL: 4
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2019                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2019 at the address(es) listed below:
```
              Albert    Russo     docs@russotrustee.com
              Bruce W. Radowitz    on behalf of Debtor Isma I. Kielty bradowitz@comcast.net,
               r45676@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```