Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  18–34627–CMG
        Chapter:  13
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Isma I. Kielty
   110 Betsy Ross Drive
   Freehold, NJ 07728

Social Security No.:
   xxx–xx–0526

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:                5/15/19
Time:               10:00 AM
Location:          Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 22, 2019
JAN: bwj

                                                        Jeanne Naughton
                                                        Clerk, U. S. Bankruptcy Court

```
                         United States Bankruptcy Court
                               District of New Jersey
In re:                                                          Case No. 18-34627-CMG
Isma I. Kielty                                                  Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1         Date Rcvd: Mar 22, 2019
                              Form ID: 132             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2019.
db             +Isma I. Kielty,    110 Betsy Ross Drive,    Freehold, NJ 07728-4225
517963748     ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
               (address filed with court: Chrysler Financial,    Po Box 2993,    Milwaukee, WI 53201)
517979355      +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
517924134      +Milstead & Associates, LLC,    220 Lake Drive East, Suite 301,    Cherry Hill, NJ 08002-1165
517988416      +Santander Bank, N.A.,    450 Penn Street,    MC 10-421-MC3,    Reading, PA 19602-1011
517963746       Timothy Kielty,    Freehold, NJ 07728

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 23 2019 01:22:10      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 23 2019 01:22:05      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518014517       E-mail/Text: ally@ebn.phinsolutions.com Mar 23 2019 01:20:52      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
517963747      +E-mail/Text: ally@ebn.phinsolutions.com Mar 23 2019 01:20:52      Ally Financial,
                 Po Box 380901,    Minneapolis, MN 55438-0901
517924133      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 23 2019 01:22:34
                 Bayview Loan Servicing LLC,    4425 Ponce De Leon Blvd,    Miami, FL 33146-1837
517989357      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 23 2019 01:28:14
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518043898       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 23 2019 01:43:10
                 Portfolio Recovery Associates, LLC,    c/o New York & Company,    POB 41067,    Norfolk VA 23541
518032683      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 23 2019 01:28:13      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Bruce W. Radowitz    on behalf of Debtor Isma I. Kielty torreso78@gmail.com,
               r45676@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```