Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  18−34627−CMG
        Chapter:  13
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Isma I. Kielty
   110 Betsy Ross Drive
   Freehold, NJ 07728

Social Security No.:
   xxx−xx−0526

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/8/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 9, 2019
JAN: amg

                Jeanne Naughton
                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-34627-CMG
Isma I. Kielty                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Aug 09, 2019
                              Form ID: 148             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2019.
```
db              +Isma I. Kielty,    110 Betsy Ross Drive,    Freehold, NJ 07728-4225
518242166       +Limosa, LLC,    Land Home Financial Services, Inc.,    3611 South Harbor Blvd Suite 100,
                  Santa Ana, CA 92704-7915
517924134       +Milstead & Associates, LLC,    220 Lake Drive East, Suite 301,    Cherry Hill, NJ 08002-1165
517988416       +Santander Bank, N.A.,    450 Penn Street,    MC 10-421-MC3,    Reading, PA 19602-1011
517963746        Timothy Kielty,    Freehold, NJ 07728
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 10 2019 00:01:49      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 10 2019 00:01:47      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518014517        EDI: GMACFS.COM Aug 10 2019 03:48:00      Ally Financial,    PO Box 130424,
                  Roseville MN 55113-0004
517963747       +EDI: GMACFS.COM Aug 10 2019 03:48:00      Ally Financial,    Po Box 380901,
                  Minneapolis, MN 55438-0901
517924133       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 10 2019 00:02:05
                  Bayview Loan Servicing LLC,    4425 Ponce De Leon Blvd,    Miami, FL 33146-1837
517963748        EDI: CHRYSLER.COM Aug 10 2019 03:48:00      Chrysler Financial,    Po Box 2993,
                  Milwaukee, WI 53201
517989357       +EDI: AIS.COM Aug 10 2019 03:48:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                  Oklahoma City, OK 73118-7901
517979355       +EDI: CHRM.COM Aug 10 2019 03:48:00      Chrysler Capital,    PO Box 961275,
                  Fort Worth, TX 76161-0275
518043898        EDI: PRA.COM Aug 10 2019 03:48:00      Portfolio Recovery Associates, LLC,
                  c/o New York & Company,    POB 41067,    Norfolk VA 23541
518032683       +EDI: AIS.COM Aug 10 2019 03:48:00      Verizon,   by American InfoSource as agent,
                  4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 10
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2019 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Bruce W. Radowitz    on behalf of Debtor Isma I. Kielty torreso78@gmail.com,
               r45676@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4
```